**Fred Lewis WILSON, Plaintiff— Appellant,**

v.

**A. COLEMAN, D.A.; C/O Tulip; C/O Triplett; LT. D. Fleming, Defendants—Appellees.**

No. 09–7896.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2010.

Decided: Sept. 13, 2010.

Fred Lewis Wilson, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Lewis Wilson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. Coleman,* No. 7:09–cv–00325–gec–mfu, 2009 WL 3055268 (W.D.Va. Sept. 24, 2009). Wilson's motion for transfer pending appeal is denied. We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*